**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION**

MARVIN JEFFERSON, JR.,

Plaintiff,

v. CASE NO. 4:26cv324-RH-MAF

THE FEDERAL GOVERNMENT,

Defendant.

_________________________________/

**ORDER OF DISMISSAL**

This case is before the court on the magistrate judge's report and recommendation, ECF No. 4. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The clerk must enter judgment stating, "This case is dismissed without prejudice." The clerk must close the file.

SO ORDERED on September 12, 2026.

s/Robert L. Hinkle
United States District Judge